# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE 477 WEST 142${}^{ND}$ STREET HOUSING
DEV. FUND CORP.,

                Debtor.

-----------------------------------------------------------X

DR. QUEEN MOTHER DELOIS BLAKELY,

                Appellant,                20 **CIVIL** 6771 (VEC)
                                                  20 **CIVIL** 7458 (VEC)
                                                  20 **CIVIL** 7459 (VEC)

           -against-                            **JUDGMENT**

AMSTERDAM KEY ASSOCIATES LLC,

                Appellee.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2022, the Bankruptcy Court's orders are AFFIRMED, and Appellant's appeals are DENIED; accordingly, cases 20-CV-6771, 20-CV-7458, and 20-CV-7459 are closed.

Dated:  New York, New York
          June 13, 2022

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                 **BY:**   _K. Mango_
                                                              **Deputy Clerk**